# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1440
LT Case Nos. 2016-302215-CFDB
2016-304608-CFDB

_____

ERIC J. ROSARIO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Eric J. Rosario, Raiford, Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and LAMBERT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————